UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO CHAHIA,<br><br>      Petitioner,<br><br>  v.<br><br>LINDA T. McGREW, Warden,<br><br>      Respondent. | No. CV 13-9456 PA (MRW)<br><br>JUDGMENT |

Pursuant to the Court's Order of August 4, 2014, dismissing the Petition,

IT IS ADJUDGED and DECREED that this action is dismissed without prejudice.

DATED: August 4, 2014

                                              Percy Anderson
                                   UNITED STATES DISTRICT JUDGE